IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

PETER C. McKITTRICK,

        Plaintiff,

   v.

DURO BAG MANUFACTURING CO.
and DURO STANDARD PRODUCTS
CO., INC.,

        Defendants.

No. 03:12-mc-00364-HZ

OPINION & ORDER

Justin D. Leonard
Ball Janik, LLP
101 SW Main Street, Suite 1100
Portland, OR 97204

    Attorney for Plaintiff

Joseph M. Van Leuven
Davis Wright Tremaine, LLP
1300 SW Fifth Avenue, Suite 2300
Portland, OR 97201-5630

    Attorney for Defendants

1 - OPINION & ORDER

HERNANDEZ, District Judge:

Before the court is a Report and Recommendation from Judge Dunn of the United States Bankruptcy Court in the District of Oregon regarding a Motion for Withdrawal of Reference.

Defendants filed a motion to withdraw the reference with respect to an adversary proceeding. Defendants assert that the bankruptcy court lacks authority to issue final judgment in the adversary proceeding, and furthermore, does not consent to a jury trial conducted by the bankruptcy court. Plaintiff did not oppose the motion to withdraw the reference. Pursuant to LR 2100-4, Judge Dunn recommended that the district court withdraw the reference and assume jurisdiction over the adversary proceeding. Given Plaintiff's consent to the motion to withdraw and Judge Dunn's well-reasoned report, I adopt the recommendation to grant the motion.

CONCLUSION

Pursuant to 28 U.S.C. § 157(d), the motion to withdraw the reference is granted. The district court withdraws the reference in the adversary proceeding.

IT IS SO ORDERED.

Dated this 4th day of December, 2012.

/s/ Marco Hernandez
MARCO A. HERNANDEZ
United States District Judge

2 - OPINION & ORDER